# Court of Appeals
# of the State of Georgia

ATLANTA,  March 23, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1139.  LUIS EDUARDO ROJAS v. THE STATE.**

Luis Eduardo Rojas was charged in the superior court with armed robbery, hijacking a motor vehicle, aggravated battery, aggravated assault, and false imprisonment.  At the time the charges were brought, Rojas was a minor.  Rojas filed a motion to transfer to the juvenile court, which the superior court denied.  Thereafter, Rojas filed a notice of appeal of the denial.  We, however, lack jurisdiction.

Rojas's appeal is premature.  There is no final judgment, and the case remains pending in the superior court.  See OCGA § 5-6-34 (a) (1) (a judgment is final "where the case is no longer pending in the court below").  Therefore, the order from which Rojas seeks to appeal is interlocutory and not appealable without compliance with the interlocutory appeal procedures of OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court and filing an application for interlocutory appeal setting forth the need for review.  See *In the Interest of W. L.*, 335 Ga. App. 561, 563 (782 SE2d 464) (2016); *Mauer v. Parker Fibernet, LLC*, 306 Ga. App. 160, 161 (701 SE2d 599) (2010).

Rojas's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/23/2017*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ *, Clerk.*